STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**JORGE ROSA COLON**  Case No. **11-07151-MCF**

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO**

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute    M. Vega

Date & Time:  9/27/2011  1:00:00PM

[X] R    [ ] NR   LV:  0.0

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

### II. Oath Administered

[X] Yes       [ ] No

### III. Plan

Date:  08/26/2011      Base:   $41,800.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   11/4/2011  1:30:00PM

Evidence of Pmt shown:   No

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $246.00  =  $2,754.00

### IV. Status of Meeting

[ ] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE ROSA COLON     Case No.   11-07151-MCF

Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [X] State - years 2010 |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Note: Tax returns (07-09)

Missing state tax return 2010

Note: debtor sent payment to Trustee on Friday, Sept 23, 2011

1) Provide evidence of being current with post petition DSO up to confirmation.

2) Debtor to amend schedule "J" to correct auto expense of 125.00 to 100.00. Provide step up in plan of 25.00

<u>s/Pedro R Medina</u>           Date:    09/27/2011

**Trustee/Presiding Officer**          (Rev. 02/11)